Egan against the Board of Education. No opinion. Motion granted. Order filed. See, also, 135 N. Y. Supp. 1109.

---

ELECTRIC R. ADVERTISING CO., Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by the Electric Railroad Advertising Company against the New York State Railways.

PER CURIAM. Judgment modified, by inserting the word "advertising" before the word "signs," so as to read, "advertising matter or advertising signs," and by adding at the end of the same paragraph the following: "But the use of signs indicating the route, destination of its cars, or containing notice to its patrons as to the car or line to reach a particular place, is not enjoined." And, as so modified, the judgment is affirmed, without costs of this appeal to either party.

---

ELECTRIC STORAGE BATTERY CO., Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the Electric Storage Battery Company against the Empire State Surety Company. B. Reese, for appellant. W. MacFarlane, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

ELLS, Respondent, v. SHAPPEE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by George W. Ells against Frank L. Shappee. No opinion. Judgment and order unanimously affirmed, with costs.

---

ELMER, Appellant, v. UFFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1912.) Action by Orrin Elmer against Milton F. Ufford and another. No opinion. Motion granted, unless appellant serves printed case on or before Saturday, May 18th, and brings the case on for argument on Wednesday, May 22d, in which case motion is denied.

---

EMMET et al. v. RUNYON et al. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by William T. Emmet and another, as substituted trustees, etc., against Ella V. L. Runyon and others. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 310, 123 N. Y. Supp. 1026.

---

ENTHOVEN, Appellant, v. AMERICAN FIDELITY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Rose Enthoven against the American Fidelity Company. A. Pfeiffer, for appellant. A. I. Elkus, for respondent.

PER CURIAM. Judgment and orders (128 N. Y. Supp. 805) affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

EPSTEIN v. HIRSHFIELD. (Supreme Court, Appellate Term. May 9, 1912.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Solomon Epstein, an infant, by Charles Epstein, his guardian ad litem, against Mollie Hirschfield. From a judgment dismissing the complaint at the close of plaintiff's case, entered in the Municipal Court of the City of New York, plaintiff appeals. Modified and affirmed. Barnett v. Kopelman, of New York City, for appellant. Lyman A. Spalding, of New York City (Thomas J. Skelly, of New York City, of counsel), for respondent.

PER CURIAM. The complaint, which was verified, contained no allegation that the steam plant and the radiators in the building were under the exclusive control of the landlord, and that he was obligated to keep the same in repair, nor was there any proof given upon the trial to that effect. The dismissal of the complaint was therefore proper, but judgment should have been entered without prejudice to a new action. Judgment modified, by inserting therein the words "without prejudice to a new action," and, as modified, affirmed, without costs in this court to either party.

---

EPSTEIN v. SUSSMAN et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Samuel Epstein against Hyman Sussman and others. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 20.

---

EQUITABLE TRUST CO. v. MOSS. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by the Equitable Trust Company against Samuel H. Moss. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 533.

---

In re ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) In the matter of the application of the Erie Railroad Company to determine how its double-track railroad on a changed line shall cross a highway in the town of Hinsdale, Cattaraugus County, New York. No opinion. Order affirmed, with costs.

---

EWELL, Appellant, v. SOUTHARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by James L. Ewell against James B. Southard and another. No opinion. Judgment affirmed, with costs.

---

EWEN, Appellant, v. THOMPSON-STARRETT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Robert Ewen against the Thompson-Starrett Company and others. No opinion. Judgment affirmed, with costs.

---

EXCELLO ARC LAMP CO. v. ARMSTRONG et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.)